UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>WILLIE WILLIAMS,<br><br>                    Defendant. | 24-CR-260 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

The sentencing in this matter as to Mr. Williams, previously scheduled for September 10, 2024, is rescheduled for **September 26, 2024, at 11:00 a.m.** in Courtroom 11B of the United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated:  September 4, 2024
            New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge