UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>WILLIE WILLIAMS,<br>                    Defendant. | 24-CR-260 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

The Court directs the Government to provide an assessment of how Mr. Williams's offense conduct compares to that of the defendants in the other related charged cases and to provide an updated report on all sentences as yet imposed in these cases. This letter shall be filed by **September 20, 2024**.

Dated: September 18, 2024
       New York, New York

SO ORDERED.

_Jessica Clarke_

JESSICA G. L. CLARKE
United States District Judge