

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 25, 2024

**VIA ECF**

The Honorable Jessica G.L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Willie Williams*, 24 Cr. 260 (JGLC)

Dear Judge Clarke:

    In advance of the September 26, 2024 sentencing in this matter, the Government respectfully submits this letter to update the Court with respect to sentences that have been imposed in related cases since the filing of the Government's sentencing letter, dated September 20, 2024. An updated version of Exhibit B to the Government's submission is attached hereto.[1]

    In addition, the Government also respectfully submits the attached victim impact statement from Lisa Bova-Hiatt, the Chief Executive Officer of the New York City Housing Authority.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

    by:     /s/
    Jerry J. Fang
    Assistant United States Attorney
    (212) 637-2584

cc:   Defense Counsel (by ECF)

---

[1] Exhibit B does not include the small number of cases in which the Government has agreed to a misdemeanor disposition.